IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GR ENERGY SERVICES OPERATING GP LLC, GR ENERGY SERVICES MANAGEMENT, LP, and GR ENERGY SERVICES, LLC <br><br> Defendant. | Civil Action No: 6:21-cv-00085-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's Order Governing Proceedings – Patent Case entered here, and the parties' proposed scheduling order, Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") and Defendants GR Energy Services Operating GP LLC, GR Energy Services Management, LP, and GR Energy Services, LLC (collectively, "GR Energy") submit this Joint Claim Construction Statement regarding U.S. Patent Nos. 10,844,697 (the "'697 Patent").

    A.    **Constructions on Which the Parties Agree**

The parties do not agree to the construction of any terms.

    B.    **Parties' Proposed Constructions for Disputed Terms**

1

| '697 Patent |||| 
|---|---|---|---|
| **Claim Term** | **Asserted Claims** | **DynaEnergetics' Construction** | **GR Energy's Construction** |
| "first end" / "second end" [*GR Energy Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "first furthest part, point, or edge lengthwise" / "second furthest part, point, or edge lengthwise" |
| "pin connector" [*GR Energy Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "rigid male electrical contact" |
| "in electrical communication with" [*GR Energy Proposed*] | 1 | No construction needed; plain and ordinary meaning. | "receiving information by electric signal" |
| "connected to" [*Both Parties Proposed*] | 1, 9 | Plain and ordinary meaning, which is "joined or coupled in a manner that resists separation and not merely by physical contact" | "joined or coupled together" |
| "it is not possible to interrupt the electrical signal from the first pin connector end to the second pin connector end" [*GR Energy Proposed*] | 2 | No construction needed; plain and ordinary meaning. | Indefinite |

Dated: December 9, 2021

/s/ Eric H. Findlay_____
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

WOMBLE BOND DICKINSON (US) LLP
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Stephanie M. Nguyen (*pro hac vice* to be filed*)*
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com
Email: Stephanie.Nguyen@wbd-us.com
Email: Julie.Giardina@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

Respectfully submitted,

\_\_/s/Phillip M. Aurentz_____
SIDLEY AUSTIN LLP
Aimee P. Fagan, Lead Counsel
Texas State Bar No. 24010299
afagan@sidley.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@sidley.com
Erik B. Fountain
Texas State Bar No. 24097701
efountain@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

*Attorney for Defendants GR Energy Services Operating GP LLC, GR Energy Services Management, LP, and GR Energy Services, LLC*

3

Moyles IP, LLC
Lisa J. Moyles (*pro hac vice*)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice*)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay